ACCEPTED
01-15-00268-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
12/4/2015 5:11:40 PM
CHRISTOPHER PRINE
CLERK

## No. 01-15-00268-CR

In the
Court of Appeals
For the
First District of Texas
At Houston

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
12/4/2015 5:11:40 PM
CHRISTOPHER A. PRINE
Clerk

———————◆———————

## No. 1450059

In the 177th District Court
Of Harris County, Texas

———————◆———————

## TONI TAVAREZ
*Appellant*

v.

## THE STATE OF TEXAS
*Appellee*

———————◆———————

### STATE'S SECOND MOTION FOR EXTENSION OF TIME TO FILE BRIEF

———————◆———————

To the Honorable Court of Appeals:

The State of Texas, pursuant to TEX. R. APP. P. 2 & 10.5, moves for an extension of time in which to file its appellate brief. The following facts are relevant:

1. The appellant was indicted for murder. (CR 8). The appellant pleaded not guilty, but a jury found her guilty as charged. (CR 329, 340). The

jury assessed punishment at fifty years' confinement. (CR 339, 340). The trial court certified the appellant's right of appeal, and the appellant filed a timely notice of appeal. (CR 313, 343).

2. The State's brief is due on December 4, 2015. The State requests a 30-day extension of time in which to file its brief.

3. This is the State's second request for extension.

4. The following facts are relied upon to show good cause for an extension of time to allow the State to file its brief:

    a. Since this Court granted the State's first motion for extension on November 4, 2015, the undersigned attorney has worked on the following matters:

        1. Christopher Dewa Washington
           No. 01-14-00366-CR
           Oral argument held November 4, 2015
           Motion for rehearing filed November 23, 2015

        2. Augustus Mitchell
           No. 01-15-00397-CR
           Brief filed November 6, 2015

        3. Joseph Juan Facundo
           No. 01-15-00279-CR
           Brief filed November 25, 2015

        4. Leiroi Mikele Daniels
           No. 14-15-00111-CR
           Brief filed December 3, 2015

WHEREFORE, the State prays that this Court will grant the requested extension.

Respectfully submitted,

/s/ C.A. Morgan
**CLINTON A. MORGAN**
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas  77002-1923
713.274.5826
morgan_clinton@dao.hctx.net
TBC No. 24071454

# CERTIFICATE OF SERVICE

I certify that I have requested that efile.txcourts.gov electronically serve

a copy of this motion to:

Daucie Schindler
daucie.schindler@pdo.hctx.net

/s/ C.A. Morgan
CLINTON A. MORGAN
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas  77002-1923
713.274.5826
morgan_clinton@dao.hctx.net
TBC No. 24071454

Date: December 4, 2015